UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU DIVISION

| | |
|---|---|
| **TERESA MOWERY and** : | |
| **GREGORY RUTLEDGE,** : | |
| **On Behalf of Themselves and** : | |
| **All Others Similarly Situated,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No. 1:20-cv-00013-SPC |
| : | |
| **SAINT FRANCIS HEALTHCARE** : | |
| **SYSTEM,** : | |
| : | |
| **Defendant.** : | |
| : | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Teresa Mowery and Gregory Rutledge, individually and on behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Saint Francis Healthcare System ("Defendant"), and the attachments thereto, including the Short Notice, the Long Form Notice, the E-mail Notice, the Claim Form, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, attached to the Declaration of Gary E. Mason, filed herewith in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Plaintiffs Teresa Mowery and Gregory Rutledge as Class Representatives;

4. Appoint Gary E. Mason and Gary M. Klinger of Mason Lietz & Klinger LLP as Class Counsel;

5. Approve a customary short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6. Approve a customary long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit A to the Settlement Agreement;

7. Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits A, B, and C thereto;

8. Appoint Epiq as Notice Specialist and Claims Administrator;

9. Approve the use of a claim form substantially similar to that attached as Exhibit D to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary E. Mason, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including Long Form, Short Form, and E-mail Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: July 31, 2020                                                     Respectfully submitted,

    /s/ Gary E. Mason
Gary E. Mason (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

Gary M. Klinger (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

Brandon M. Wise – Mo. Bar #67242
**PEIFFER WOLF CARR & KANE, APLC**
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
Phone: (314) 833-4825
bwise@pwcklegal.com

*Attorneys for Plaintiffs and the Class*