UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU DIVISION

| | |
|---|---|
| TERESA MOWERY and<br>GREGORY RUTLEDGE,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAINT FRANCIS HEALTHCARE<br>SYSTEM,<br><br>    Defendant. | Case No. 1:20-cv-00013-SPC |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that on July 31, 2020, Plaintiffs Teresa Mowery and Gregory Rutledge ("Plaintiffs"), through undersigned counsel, filed their Unopposed Motion for Preliminary Approval of Class Action Settlement at ECF No. 32. Plaintiffs respectfully submit this errata in order to correct an inadvertent clerical error.

The Settlement Agreement between Plaintiffs and Defendant Saint Francis Healthcare System ("Defendant") that was attached as Exhibit 1 to the Declaration of Gary E. Mason in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Mason MPA Decl."), filed at ECF No. 32-3, included the wrong versions of the sub-exhibits attached thereto, including the Short Notice, the Long Form Notice, the E-mail Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order. The sub-exhibits filed with the Settlement Agreement at ECF No. 32-3 were not the final versions.

Counsel for Plaintiffs is concurrently filing the corrected Settlement Agreement, attached to Mason MPA Decl. as Exhibit 1, in order to correct this mistake. Counsel for Plaintiffs are making no other changes and apologize for any inconvenience.

Dated: August 3, 2020

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

Gary M. Klinger (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

**PEIFFER WOLF CARR & KANE, APLC**
Brandon M. Wise – Mo. Bar #67242
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
Phone: (314) 833-4825
bwise@pwcklegal.com

*Attorneys for Plaintiffs and the Class*