# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| TERESA MOWERY and<br>    GREGORY RUTLEDGE,<br>        On Behalf of Themselves and<br>        All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAINT FRANCIS HEALTHCARE SYSTEM,<br><br>            Defendant. | Case No. 1:20-cv-00013-SRC |

## DECLARATION OF RAMSEY ENGLER REGARDING
## IMPLEMENTATION OF NOTICE AND SETTLEMENT ADMINISTRATION

I, Ramsey Engler, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. Prior to joining Epiq in 2019, I received my Bachelor of Arts from Lewis & Clark College.  The following statements are based on my personal knowledge and information provided by other experienced Epiq employees working under my supervision and, if called on to do so, I could and would be competent to testify thereto.

2.      Epiq was established in 1968 as a client services and data processing company. Epiq has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort litigations, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case

administration services include coordination of all notice requirements, design of direct-mail notices, establishment and implementation of notice fulfillment services, coordination with the United States Postal Service ("USPS"), notice website development and maintenance, dedicated phone lines with recorded information and/or live operators, receipt and processing of opt-outs, claims database management, claim adjudication, funds management, and award calculations and distribution services. Epiq works with the settling parties, the Court, and the Class Members in a neutral facilitation role to implement settlement administration services based on the negotiated terms of a settlement.

3.      Epiq was appointed as the Claims Administrator pursuant to the Court's August 17, 2020, Order Granting Preliminary Approval of Class Action Settlement (the "Order").    In accordance with the Settlement Agreement and Release (the "Agreement")[1] and the Court's Order, I submit this Declaration so as to advise the Parties and the Court regarding implementation of notice to the Class.

## OVERVIEW OF ADMINISTRATION

4.      Pursuant to the Order, Epiq was appointed to provide the following administrative services for the benefit of Settlement Class Members, as defined in the Agreement:

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them in the Agreement

- Provide notice to Settlement Class Members by email or mailed postcard notice;

- Establish and maintain an official website containing information regarding the proposed Settlement and where Settlement Class Members can file claims online;

- Establish and maintain an official toll-free number that Settlement Class Members may contact for additional information about the Settlement;

- Review and process opt-out requests received by Epiq;

- Review and track objections received by Epiq;

- Receive, process, track, and report on Claim Forms received by Epiq;

## CAFA NOTICE

5.    As described in the attached *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice,"* dated November 2, 2020 ("*Fiereck Declaration*"*)*, on August 27, 2020, as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, Epiq sent a CAFA notice packet (or "CAFA Notice") to 57 federal and state officials.  The CAFA Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories.  The CAFA Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The *Fiereck Declaration* is attached hereto as Exhibit A.

## CLASS DATA TRANSFER

6.    On August 21, 2020, an electronic file was provided to Epiq, which contained contact information including  (i) names, (ii) mailing addresses, and (iii) email addresses.

7.    Epiq loaded the Settlement Class Data into a dedicated database created for the purpose of the Settlement Administration. Epiq assigned unique identifiers to all records to

maintain the ability to track them throughout the Settlement administration.

## <u>NOTICE PROGRAM</u>

8.     On July 31, 2020, Epiq sent the Email Notice to 23,106 Settlement Class Members pursuant to Section IV.59 of the Agreement. Epiq caused the Court-approved Notice to be formatted for electronic distribution by email and sent to Settlement Class Members when an email address was available. Each Email Notice included the Settlement Class Member's unique identifier and was sent in a manner calculated to avoid being caught and excluded by spam filters or other devices intended to block mass email; 2,686 Email Notices subsequently bounced back as undeliverable. Attached hereto as Exhibit B is a template of the Email Notice sent to Settlement Class Members.

9.     On July 31, 2020, Epiq sent a Postcard Notice by U.S. Mail to 67,268 Settlement Class Members not able to be noticed by email but who had a valid mailing address. Pursuant to Section IV.60(a) of the Agreement, Epiq caused the Court-approved Notice to be formatted for distribution by mail as a postcard notice including a unique identifier and a detachable, postage pre-paid claim form. Attached hereto as Exhibit C is a template of the Postcard Notice sent to Settlement Class Members.

10.     As of November 2, 2020, 2,839 Postcard Notices have been returned as undeliverable. As per the Agreement, Epiq has and will continue to perform reasonable address tracing and re-mailing the Postcard Notice where an updated mailing address is located. As of November 2, 2020, Epiq has re-mailed 1,546 Postcard Notices.

11.     Prior to mailing Postcard Notices, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS"). In addition, the addresses were certified via the Coding Accuracy Support System

("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. To the extent that any Class Member had filed a USPS change of address request, and the address was certified and verified, the current address listed in the NCOA database was used in connection with the Notice mailing.

12. As of November 2, 2020, the Postcard Notice Mailing and the Email Notice combined reached 93.55% of Settlement Class Members. Epiq will continue remailing efforts until just before the claim filing deadline.

## SETTLEMENT WEBSITE

13. Pursuant to Section II.39 of the Agreement, on August 31, 2020, Epiq launched the Settlement Website, www.MoweryRansomwareSettlement.com, containing detailed information about the Settlement. The Settlement Website address was included in the Notice sent to Settlement Class Members. The Settlement Agreement, Order Granting Preliminary Approval of Class Action Settlement, and Long Form and Summary Notices in English and Spanish were posted on the Settlement Website so that potential claimants may review and download them. The website also contains a summary of options available to Settlement Class Members, deadlines to act, and provides answers to frequently asked questions. Settlement Class Members are also able to file a Claim online via the website, or download a paper Claim Form, which they could then file by mail or email. References to the website were prominently displayed in all notice documents.

14. As of November 2, 2020, there have been 7,207 page views in 1,414 website sessions. A website session is the number of times website visitors entered the site and interacted with the site for any length of time until a period of 30 minutes of inactivity. A single session can contain multiple page views.

## TOLL-FREE INFORMATION LINE

15.     On August 31, 2020, Epiq launched the toll-free automated information line, 877-890-8129.  By calling the toll-free number, Settlement Class Members can listen to answers to frequently asked questions.  This automated system is available 24 hours per day, 7 days per week.

16.     As of November 2, 2020, the toll-free number has handled 1,071 calls representing 3,685 minutes of use.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

17.     Settlement Class Members who wished to be excluded from the Settlement are required to mail a written request to be excluded from the Settlement to Epiq, postmarked on or before October 16, 2020.  As of November 2, 2020, Epiq has received 15 requests for exclusion, each of them from a confirmed Settlement Class Member.

18.     Settlement Class Members who wish to object to the Settlement are instructed to send objections to the Court and Counsel, postmarked on or before October 16, 2020.  As of November 2, 2020, Epiq is not aware of any objections that have been filed.

## CLAIMS RECEIVED

19.     Settlement Class Members who wish to make a claim are required to either submit a Claim online or mail a completed Claim Form via U.S. Mail to Epiq no later than December 1, 2020.  As of November 2, 2020, Epiq has received 421 Claims: 75 Claim Forms received by mail, and 346 Claims filed online.[2]

---

[2] As Epiq is still receiving, reviewing, and processing timely and late claims, the claims information provided herein is subject to further analysis for eligibility and quality control, and is, therefore, preliminary at this time.

I declare under penalty of perjury under the laws of the United States and the State of Oklahoma that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 3, 2020 in Seattle, Washington.

*Ramsey Engler*

Ramsey Engler
Project Manager
Epiq Class Action & Claim Solutions, Inc.

# Exhibit A

TERESA MOWERY and
GREGORY RUTLEDGE,
On Behalf of Themselves and All Others
Similarly Situated,

        Plaintiffs,

v.

SAINT FRANCIS HEALTHCARE SYSTEM,

        Defendant.

Case No. 1:20-cv-00013-SRC

## DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.      Epiq is a firm with more than 20 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.    At the direction of counsel for the Defendant Saint Francis Healthcare System, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6.    Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.    On August 27, 2020, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail and UPS) is included hereto as **Attachment 1**.

8.    The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed settlement of the above-captioned case.  The cover letter is included hereto as **Attachment 2**.

9.    The cover letter was accompanied by a CD, which included the following:

a.    Class Action Complaint;

b.    Notice of Errata (with exhibits):

- Exhibit 1 - Settlement Agreement and Release Agreement (with exhibits);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

- Exhibits A-D – Forms of Notice;

- Exhibit E – Experian Information;

- Exhibit F – [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

- Exhibit G – [Proposed] Order and Judgment Granting Final Approval of Class Action Settlement;

c.  Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement;

d.  Order Granting Preliminary Approval of Class Action Settlement; and

e.  Geographic Distribution of Class Members and Proportionate Share of Claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2020.

Stephanie J. Fiereck, Esq.

Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---------|----------|----------|----------|------|-------|-----|
| US Department of Justice | William Barr | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Kevin G Clarkson | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 441 4th St NW | Suite 1100 South | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 25 Market Street | P.O. Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Mitzie Jessop Taase | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Ines Carrau Martinez | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

Attachment 2

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

August 27, 2020

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information from Defendant Saint Francis Healthcare System relating to the proposed settlement of a class action lawsuit.

- **Case:** *Mowery et al. v. Saint Francis Healthcare System*, Case No. 1:20-cv-00013-SPC.

- **Court:** United States District Court, Eastern District of Missouri, Cape Girardeau Division.

- **Defendant:** Saint Francis Healthcare System.

- **Judicial Hearing Scheduled:** The Court has scheduled a Final Approval Hearing for November 17, 2020. At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

  1. Class Action Complaint;

  2. Notice of Errata (with exhibits):

     - Exhibit 1 - Settlement Agreement and Release Agreement (with exhibits);

       - Exhibits A-D – Forms of Notice;

       - Exhibit E – Experian Information;

       - Exhibit F – [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

       - Exhibit G – [Proposed] Order and Judgment Granting Final Approval of Class Action Settlement;

  3. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement;

  4. Order Granting Preliminary Approval of Class Action Settlement; and

  5. Geographic Distribution of Class Members and Proportionate Share of Claims.

Very truly yours,

Notice Administrator

Enclosures

# Exhibit B

**Subject of Email: Notice of Settlement – Mowery Ransomware Settlement**

**(Body of email below, dynamic text is in purple and will appear black in final email)**

**ATTENTION:**

$$Name1$$                                        Settlement Claim ID: $$ACCT$$

*Mowery et al. v. Saint Francis Healthcare System* – Case No. 1:20-cv-00013-SRC

**If your private information was in the possession of Saint Francis Healthcare System and potentially impacted by the cybersecurity incident involving Ferguson Medical Group discovered on or about September 21, 2019, you may be entitled to a payment from a class action settlement.**

(Si desea recibir una notificación en español, visite nuestro sitio web)

A settlement has been proposed in a class action lawsuit against Saint Francis Healthcare System ("Saint Francis") relating to a cybersecurity incident involving the legacy systems of Ferguson Medical Group discovered on or about September 21, 2019 (the "Ransomware Attack" or "Incident"). The computer systems affected by the Incident potentially contained certain personal and protected health information (such as Social Security numbers, health insurance information, and other protected health information) relating to Ferguson Medical Group patients.

The lawsuit claims that Saint Francis was responsible for the increased risk of fraud and identity theft stemming from the Ransomware Attack and asserts claims such as: negligence; negligence per se; intrusion upon seclusion/invasion of privacy; violation of the Missouri Merchandise Practices Act; breach of fiduciary duty; breach of express contract; and breach of implied contract. The lawsuit seeks, among other things, payment for persons who were injured by the Ransomware Attack. Saint Francis denies all of the claims and says it did not do anything wrong.

**Who Is Included**: If you are an individual whose Private Information was received, gathered, shared, obtained, or otherwise found itself in the possession of Saint Francis and was potentially impacted by the Ransomware Attack, you are a part of the class and may be eligible for a payment.

**Settlement Benefits**: The Settlement provides for one year of credit monitoring and identity theft restoration services, valued at $100, for any Settlement Class Member who submits a valid claim. The Settlement also provides for two types of payments to Class Members who submit valid claims: (1) reimbursement of out-of-pocket medical expenses incurred as a result of the Incident up to $100, and (2) reimbursement for lost time, up to 4 hours, at a rate of $20 per hour, for time spent addressing disruption to

medical care caused by the Incident. The total value provided to Class Members who submit valid claims shall not exceed $350,000. In the event the total value of money claimed and credit monitoring provided exceeds $350,000, each claim for reimbursement made under the Settlement Agreement shall be reduced on a pro rata basis until the total is reduced to $350,000. Saint Francis will also be taking steps to improve its data security in the future.

**The Only Way to Receive a Benefit is to File a Claim**: To get a Claim Form, visit www.MoweryRansomwareSettlement.com or call (877) 890-8129. The claim deadline is December 1, 2020.

**Other Options**: If you do nothing, you will remain in the Class, you will not be eligible for benefits, you will be bound by the decisions of the Court, and you will give up your rights to sue Saint Francis for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by October 16, 2020. If you stay in the Settlement, you may object to it by October 16, 2020. A more detailed notice is available to explain how to exclude yourself or object. Please visit the website or call (877) 890-8129 for a copy of the more detailed notice. On November 17, 2020, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees and costs of $170,000, and an Incentive Award of $2,500 for each Class Representative. The Motion for attorneys' fees and costs will be posted on the website after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the website below.

**For More Information about the Settlement**: visit www.MoweryRansomwareSettlement.com or call (877) 890-8129. **All capitalized terms in this notice are defined in the Settlement Agreement.**

Exhibit C

Mowery Ransomware Settlement Administrator
PO Box 2915
Portland, OR 97208-2915

BARCODE NO PRINT ZONE

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

**If your private information was in the possession of St. Francis Healthcare System and potentially impacted by the cybersecurity incident involving Ferguson Medical Group discovered on or about September 21, 2019, you may be eligible for a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A settlement has been proposed in a class action lawsuit against Saint Francis Healthcare System, ("Saint Francis") relating to a cybersecurity incident involving legacy systems of Ferguson Medical Group discovered on or about September 21, 2019 (the "Ransomware Attack" or "Incident"). The computer systems affected by the Incident potentially contained certain personal and protected health information (such as Social Security numbers, health insurance information, and other protected health information) relating to Ferguson Medical Group patients.

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

BARCODE NO PRINT ZONE

The Lawsuit claims that Saint Francis was responsible for the increased risk of fraud and identity theft stemming from the Ransomware Attack and asserts claims such as: negligence; negligence per se; intrusion upon seclusion/invasion of privacy; violation of the Missouri Merchandise Practices Act; breach of fiduciary duty; breach of express contract; and breach of implied contract. The Lawsuit seeks, among other things, payment for persons who were injured by the Ransomware Attack. Saint Francis denies all of the claims and says it did not do anything wrong.

**Who is Included?** If you are an individual whose Private Information was received, gathered, shared, obtained, or otherwise found itself in the possession of Saint Francis and was potentially impacted by the Ransomware Attack, you are a part of the class, and may be eligible for a payment.

**Settlement Benefits.** The Settlement provides for one year of Credit Monitoring and Identity Theft Restoration Services for any Settlement Class Member who submits a valid claim, valued at $100. The Settlement also provides for two types of payments to people who submit valid claims: (1) Reimbursement of out-of-pocket medical expenses incurred as a result of the Incident up to $100, and (2) reimbursement for lost time, up to 4 hours, at a rate of $20 per hour for time spent addressing disruption to medical care caused by the Incident. The total value provided to people who submit valid claims shall not exceed $350,000. In the event the total value of money claimed and credit monitoring provided exceeds $350,000, each claim for reimbursement made under the Settlement Agreement shall be reduced on a pro rata basis until the total is reduced to $350,000. Saint Francis will also be taking steps to improve its data security in the future.

**The Only Way To Receive A Benefit Is To File A Claim.** To get a Claim Form, visit www.MoweryRansomwareSettlement.com or call (877) 890-8129. The claim deadline is **December 1, 2020.** To visit the website and get a Claim Form, or to file a Claim online, please use your assigned Settlement Claim ID: <<10-digit_ID>>.

**Other Options.** If you do nothing, you will remain in the class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Saint Francis for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 16, 2020**. If you stay in the Settlement, you may object to it by **October 16, 2020**. A more detailed notice is available to explain how to exclude yourself or object. Please visit the website or call (877) 890-8129 for a copy of the more detailed notice. On **November 17, 2020**, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees and costs of $170,000, and an incentive award of $2,500 for each Representative Plaintiff. The Motion for attorneys' fees and costs will be posted on the website after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the website below.

For more information about the Settlement, visit www.MoweryRansomwareSettlement.com or call (877) 890-8129.
**All capitalized terms in this notice are defined in the Settlement Agreement.**

AB1672 v.05